# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Michael Benny Miller
Miller & Associates
P.O. Drawer 1630
Crowley LA 70527

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on March 19, 2025

**REHEARING ACTION: March 19, 2025**

**Docket Number: 24   00207-WCA**

**TIMOTHY BAPTISTE**
**VERSUS**
**MINERALS TECHNOLOGY, INC.**

**Appealed from Office of Workers' Compensation - # 4 Case No. 17-02865**

**BEFORE JUDGES:**

   Hon. Candyce G. Perret
   Hon. Jonathan W. Perry
   Hon. Charles G. Fitzgerald

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Timothy Baptiste** has this day been

   **DENIED**

cc: Simone H. Yoder, Counsel for the Appellee